UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEAN THOMAS AMMONS HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00210-SEB-MG |
| | ) | |
| RALPH WINSTON STAPLES, | ) | |
| AMERICA'S DAILY HUSTLER, INC., | ) | |
| CONCEPT LUXURY (LLC) INNOVATION | ) | |
| AND DESIGN, | ) | |
| JEFF BEZOS, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

The Court, having this day directed the entry of final judgment in its simultaneously issued order, this action is hereby dismissed without prejudice.


Date:   2/17/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution:

JEAN T. AMMONS HARRIS
5651 Rawles Avenue
Indianapolis, IN 46219